924

No. 1372, Misc. UPCHURCH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Charles T. Akre* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1377, Misc. THOMPSON *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1379, Misc. KRESTEFF *v.* KRESTEFF. Sup. Ct. Ill. Certiorari denied. *Gordon Burroughs* for respondent.

No. 1384, Misc. WOOLSEY *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *William E. Gray* for petitioner.

No. 1385, Misc. OPHEIM *v.* CAMPBELL, SHERIFF. C. A. 10th Cir. Certiorari denied.

No. 1386, Misc. ALLEN *v.* BERRY, SHERIFF. Sup. Ct. Wash. Certiorari denied.

No. 1400, Misc. O'BRIEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1402, Misc. ORR *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Marshall Patner* for petitioner.

No. 1412, Misc. SINCLAIR *v.* TURNER, WARDEN. Sup. Ct. Utah. Certiorari denied. *Jimi Mitsunaga* for petitioner.